# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MARIA VALDEZ,                          §
                                       §
          Plaintiff,                   §
                                       §
     v.                                §          3:11-CV-0883-K
                                       §
MICHAEL J. ASTRUE,                     §
                                       §
          Defendant.                   §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** the Commissioner's Motion to Dismiss (Doc. 15).

This case remains on pretrial management referral to U.S. Magistrate Judge Renee Harris Toliver.

SO ORDERED.

Signed this 10th day of November, 2011.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE